IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| v. | CRIMINAL NO. 25-00484-RAM |
| CALÍN HERNÁNDEZ-VALDEZ, aka: Aladino Hernández-Gerrero  Defendant | VIOLATION: 8 U.S.C. §§ 1326(a) & (b)(2) (ONE COUNT) |

**RECEIVED & FILED CLERK'S OFFICE NOV 18 2025 US DISTRICT COURT SAN JUAN, PR**

THE GRAND JURY CHARGES:

### COUNT ONE
### Re-entry of Removed Alien
**(Title 8, *United States Code*, Sections 1326(a) & (b)(2))**

On or about November 12, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**CALÍN HERNÁNDEZ-VALDEZ,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after an aggravated felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) & (b)(2).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬
Foreperson

Dated: 11-18-2025